1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  ERIN SNIDER, Bar #304781
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorney for Defendant
   ARTHUR WILSON
7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,           )  Case No. 6:14-mj-00136-MJS
                                        )
12              Plaintiff,              )  MOTION TO CONTINUE SEPTEMBER 20,
                                        )  2016 REVIEW HEARING; ORDER
13  vs.                                 )
                                        )
14  ARTHUR WILSON,                      )
                                        )
15              Defendant.              )
                                        )
16

17      Defendant Arthur Wilson hereby requests that the Court continue the September 20, 2016

18  review hearing until May 15, 2018, as Mr. Wilson is in full compliance with the terms of his

19  probation.  The government is in agreement with this request.

20      On June 24, 2015, the Court sentenced Mr. Wilson to thirty-six months of unsupervised

21  probation, with the conditions that he obey all laws, advise the Court and prosecutor within

22  seven days of being cited or arrested for any alleged violation of law, pay a $1,500 fine, and

23  serve thirty days in custody, with nineteen days suspended and credit for one day.  The Court set

24  a review hearing for September 20, 2016, which is approximately eighteen months into Mr.

25  Wilson's thirty-six months of probation.

26      Mr. Wilson has complied with all conditions of probation.  Although Mr. Wilson was

27  only required to have paid $700 under the payment schedule set by the Court, he has paid his

28  fine in full.  He also self-surrendered to serve ten days in custody, as the Court ordered.

Accordingly, as Mr. Wilson is in full compliance, he requests that the Court continue the review hearing until May 15, 2018, which would be approximately one month prior to the expiration of Mr. Wilson's term of unsupervised probation.

                              Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: September 12, 2016          */s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
ARTHUR WILSON

## **O R D E R**

Based on the foregoing and it appearing that Mr. Wilson is in compliance with the conditions of his probation, the Court continues the review hearing scheduled for September 20, 2016, at 10:00 a.m. to May 15, 2018, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   September 16, 2016          /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE

Wilson: Motion to Continue
Review Hearing

2