| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA SBN #122664<br>Federal Defender |
| 2 | HOPE ALLEY, CA SBN #314109<br>Assistant Federal Defender |
| 3 | Office of the Federal Defender<br>2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA  93721-2226<br>Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorney for Defendant<br>ARTHUR WILSON |
| 7 | |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | Case No. 6:14-mj-00136 |
| Plaintiff, | | **STIPULATION TO MODIFY CONDITIONS OF PROBATION AND VACATE REVIEW HEARING; ORDER** |
| vs. | | |
| ARTHUR WILSON, | | |
| Defendant. | | |

On June 24, 2015, the Court sentenced Mr. Wilson to thirty-six months of unsupervised probation with the conditions that he obey all laws, advise the Court and prosecutor within seven days of being cited or arrested for any alleged violation of law, pay a $1,500 fine, and serve thirty days in custody.  The custodial condition of probation was to be divided as follows:  ten days beginning on September 15, 2015, and credit for one day of time served, leaving 19 days in custody to be served later in Mr. Wilson's term of probation.

Mr. Wilson has complied with his conditions of probation.  He has paid his fine in full.  He self-surrendered on September 15, 2015 to serve ten days in custody as ordered by the Court.  He has had no new violations of laws.  Accordingly, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Yosemite Legal Officer Susan St. Vincent, counsel for the plaintiff, and Assistant Federal Defender Hope Alley, counsel for Mr. Wilson, that the conditions of Mr. Wilson's probation be modified as follows: the 19-day remainder of the custody sentence be removed, and the May 15, 2018 review hearing be vacated.

//

//

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Date: May 8, 2018        /s/ Susan St. Vincent
                         Susan St. Vincent
                         Yosemite Legal Officer
                         Attorney for Plaintiff


                         HEATHER E. WILLIAMS
                         Federal Defender


Date: May 8, 2018        /s/ Hope Alley
                         HOPE ALLEY
                         Assistant Federal Defender
                         Attorney for Defendant
                         FELIPE CASTILLERO

## **O R D E R**

Based on the parties' joint representation that Mr. Wilson is in compliance with the conditions of his probation, the Court modifies the conditions of Mr. Wilson's probation as follows: the 19-day remainder of the custodial term is removed and Mr. Wilson's May 15, 2018 review hearing is vacated.


IT IS SO ORDERED.

Dated:   May 8, 2018              /s/ *Jeremy D. Peterson*
                                  UNITED STATES MAGISTRATE JUDGE